1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

BONNIE WEST, BRITNEY
JOHNSON, and TRUDI SWINK as
Guardian Ad Litem for
CHRISTOPHER WEST,

Plaintiffs,

v.

ENERGY TRANSFER
PARTNERS, LP,

Defendant.

NO.  CV-09-192-RHW

**ORDER GRANTING
PLAINTIFFS' MOTION TO
DISMISS**

Before the Court is Plaintiffs' Motion to Dismiss Plaintiffs Britney Johnson and Trudi Swink as Guardian Ad Litem for Christopher West (Ct. Rec. 10). As directed by the Court, Plaintiffs have filed a statement outlining the status of the guardian of Christopher West (Ct. Rec. 18). Based on that filing, the Court is satisfied that good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1.  Plaintiffs' Motion to Dismiss Plaintiffs Britney Johnson and Trudi Swink as Guardian Ad Litem for Christopher West (Ct. Rec. 10) is **GRANTED.**

2.  Plaintiffs Britney Johnson and Trudi Swink as Guardian Ad Litem for Christopher West are **DISMISSED**. The District Court Executive is directed to terminate them from this matter.

///

///

///

**ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS** * 1

1    **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

2  Order and forward copies to counsel.

3    **DATED** this 9ᵗʰ  day of December, 2009.

4

5                                        *s/Robert H. Whaley*
                                       ROBERT H. WHALEY
6                                     United States District Judge

7

8  Q:\CIVIL\2009\West\grant.dismiss.ord.wpd

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS** * 2